IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KYMYRA KHALIZA McDONALD
ADC #711056                                                             PLAINTIFF

v.                       No. 1:17-cv-66-DPM-JTR

STATE OF ARKANSAS; McPHERSON
UNIT; GOLDEN, Warden; DEXTER
PAYNE, Associate Director, ADC;
and WENDY KELLEY, Director, ADC                                       DEFENDANTS

## ORDER

Unopposed recommendation, № 8, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). McDonald's claims against Golden and Payne proceed. Her claims against Kelley are dismissed without prejudice; and her claims against the State and the McPherson Unit are dismissed with prejudice. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 December 2017