# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

KYMYRA KHALIZA McDONALD
ADC #711056                                                                PLAINTIFF

v.                              No. 1:17-cv-66-DPM

DARRYL GOLDEN, Warden; and
DEXTER PAYNE, Assistant Director, ADC                  DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the recommendation, № 23, and overrules McDonald's objections, № 24. FED. R. CIV. P. 72(b)(3). Motion to dismiss, № 12, granted. McDonald's claims against Golden and Payne will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 August 2018