# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

KYMYRA KHALIZA McDONALD
ADC #711056                                                    PLAINTIFF

v.                    No. 1:17-cv-66-DPM

STATE OF ARKANSAS; McPHERSON
UNIT; DARRYL GOLDEN, Warden;
DEXTER PAYNE, Assistant Director, ADC;
and WENDY KELLEY, Director, ADC                                DEFENDANTS

## JUDGMENT

McDonald's claims against the State and the McPherson Unit are dismissed with prejudice. All other claims are dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 August 2018